7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:*  Dale E Anderson and Sue E Anderson – ABOVE MED – *Debtor* | ***Bankruptcy Case No.***<br>12–43601–can13 |
| **Richard V. Fink**<br>    Plaintiff(s) | ***Adversary Case No.***<br>13–04179–can |
| v. | |
| **Don Lodge**<br>    Defendant(s) | |

## JUDGMENT

        The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: the Court finds that the Defendant is in default and therefore, the Trustees Motion for Default Judgment is granted, the transfer in the amount of $6,500 is avoided pursuant to 11. U.S.C. §547(b), and the Defendant is ordered to pay over to Trustee the sum of $6,500 plus interest from the date of the judgment at the prevailing federal judgment interest rate.



Ann Thompson
Court Executive

By: /s/ Kristina D. Richardson
        Deputy Clerk

Date of issuance: 12/18/13

Court to serve